# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| RANDALL RICHARDSON and JANITORIAL TECH, LLC, Individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>COVERALL NORTH AMERICA, INC.,<br><br>               Defendant. | CIVIL ACTION FILE<br>NO. 1:17-cv-2405-TWT |

## ORDER

The Parties filed a joint motion for approval of a proposed settlement agreement of claims allegedly arising under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.* Having reviewed the proposed settlement agreement, this Court finds it to be a reasonable settlement of the Plaintiffs' alleged claims under the FLSA. The Parties' motion is, therefore, **GRANTED**, and the settlement agreement is **APPROVED.**

**SO ORDERED** this the 1st day of November, 2018.

                                              **/s/Thomas W. Thrash**
                                              HONORABLE THOMAS W. THRASH
                                              UNITED STATES DISTRICT JUDGE